FILED

FEB 06 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| MARK J. KELLEY,<br><br>               Plaintiff,<br><br>vs.<br><br>BILLINGS CLINIC,<br><br>               Defendant. | CV 12-74-BLG-SEH<br><br>**ORDER** |

On January 21, 2014, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations[1] on Defendant's Motion for Summary Judgment.[2] Defendant filed objections on February 4, 2014.[3] The Court reviews

---

[1] Doc. 76.

[2] Doc. 63.

[3] Doc. 78.

*de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Defendant's Motion for Summary Judgment (Doc. 63) is GRANTED, in part, and DENIED, as set forth in Judge Ostby's Findings and Recommendations.

DATED this 6th day of February, 2014.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge